Elizabeth M. Butler (S.B.N. 326901)
JONES WALDO HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
ebutler@joneswaldo.com

Timothy A. Horton (S.B.N. 205414)
THE LAW OFFICE OF TIMOTHY A. HORTON
600 W. Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 272-7017
Facsimile: (619) 374-1168
timhorton@timhortonlaw.com

*Attorneys for Defendants Howell Management Services and Chris Howell*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APARNA VASHISHT-ROTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOWELL MANAGEMENT SERVICES, a Utah limited liability company; CHRIS HOWELL, an individual,<br><br>Defendants. | Case No. 3:20-cv-00321-JLS-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS (1) UNDER FED. R. CIV. P. 12(b)(6); (2) FOR *FORUM NON CONVENIENS*; OR, (3) IN THE ALTERNATIVE, TO TRANSFER UNDER 28 U.S.C. § 1404(a)**<br><br>[Filed concurrently with Memorandum of Points & Authorities, Request for Judicial Notice, Declaration of Elizabeth M. Butler]<br><br>Judge: Hon. Janis L. Sammartino<br>Date: June 18, 2020<br>Time: 1:30 p.m.<br>Courtroom: 4D |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 18, 2020 at 1:30 p.m. in Courtroom 4D of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California, 92101, Defendants Howell Management Services, LLC ("HMS") and Chris Howell ("Howell") (collectively ("Defendants") will move for an order dismissing Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6) on the basis that the causes of action must be asserted, if at all, as compulsory counterclaims in the already pending action in the State of Utah, or on the basis of *forum non conveniens*. In the alternative, Defendants move for an order that the Court transfer this matter to the United States District Court in and for the District of Utah under 28 U.S.C. § 1404(a).

The Court should dismiss the Complaint on the basis that Plaintiff's claims here constitute compulsory counterclaims that must be asserted in the earlier filed litigation currently pending in First Judicial District in and for Cache County, Utah. Plaintiff's claims here arise out of the same transaction or occurrence central to the Utah litigation and do not require adding a party over whom the Utah court cannot acquire jurisdiction.

In fact, Plaintiff has already raised claims arising from the same facts, and in some instances bearing the same title, which this Court has considered and dismissed as compulsory counterclaims. That is, the claims that Plaintiff now raises in her third duplicative lawsuit, which all arise out of purported wage and labor law violations or failure to pay money owed in a business transaction, are effectively identical to those already addressed, and dismissed, by this Court as between Plaintiff and Defendants. This renders Plaintiff's claims separately barred by the doctrine of *res judicata*.

Finally, the Court should dismiss the Complaint under the doctrine of *forum non conveniens* because Plaintiff's claims are a clear attempt to plead around an

enforceable forum selection provision that does not offend California public policy. Plaintiff provided the consulting services to Defendants at issue in this Complaint and the Utah litigation through her entity, August Education Group ("AEG"), under a written contract that selects Utah as the exclusive forum for disputes; Plaintiff seeks to circumvent that provision by indicating the agreements were unfair or coerced, notwithstanding the fact that she seeks to enforce this very agreement in Utah.

For the same reason, if the Court declines to dismiss the Complaint, it should transfer the matter to the United State District Court in and for the District of Utah, as Section 1404(a) codifies the doctrine of *forum non conveniens* for the subset of cases in which a potential transferee forum is within the federal court system.

This Motion will be based on this notice, all memoranda and evidence submitted in support of the Motion, any requests for judicial notice, all pleadings and records on file with the Court, and any matters which may be raised at any hearing on the Motion.

DATED:  April 27, 2020

JONES WALDO HOLBROOK & McDONOUGH PC
 Elizabeth M. Butler

LAW OFFICE OF TIMOTHY A. HORTON

By:   */s/ Timothy A. Horton*
  Timothy A. Horton

Attorneys for Defendants Howell Management Services and Chris Howell