UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARNA VASHISHT-ROTA, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>HOWELL MANAGEMENT SERVICES, a Utah limited liability company; CHRIS HOWELL, an individual; and JUSTIN SPENCER, an individual,<br><br>                                    Defendants. | Case No.:  20-CV-321 JLS (KSC)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AS PREMATURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(d)**<br><br>(ECF Nos. 34, 35) |

Presently before the Court are Plaintiff Dr. Aparna Vashisht-Rota's *Ex Parte* Motions for Summary Judgment to Obtain Judgment for Invoices Due Pursuant to Second Agreement Section 9(a)(b) and Interest Due for Late Payment as per 9(c) (ECF No. 34) and for Invoices Due Pursuant to Second Agreement Section 8(a) and Interest Due for Late Payment as per 8(b) and Adjustments as per 8(d) (ECF No. 35) (together, "Pl.'s MSJs"). "Although Rule 56 allows a party to file a motion for summary judgment 'at any time,' the rule also allows the court, as is just, to deny the motion or order a continuance for the opposing party to pursue discovery." *Gordon v. Marquez*, No. 118CV01223DADSABPC, 2019 WL 1017323, at *1 (E.D. Cal. Mar. 4, 2019) (citing Fed. R. Civ. P. 56).

"Here, Defendants are entitled to an opportunity to pursue discovery before responding to a summary judgment motion. In this instance, . . . Defendants have not yet filed an answer, no discovery order has been issued," and the Court has yet to rule on Defendants' pending Motion to Dismiss (1) Under Fed. R. Civ. P. 12(b)(6); (2) for *Forum non Conveniens*; or (3) in the Alternative, to Transfer Under 28 U.S.C. § 1404(a), ECF No. 21. *See Gordon*, 2019 WL 1017323, at *1. The Court therefore **DENIES WITHOUT PREJUDICE** Plaintiffs' Motions for Summary Judgment as premature pursuant to Federal Rule of Civil Procedure 56(d). *See, e.g.*, *Gordon*, 2019 WL 1017323, at *1; *Code Rebel LLC v. Aqua Connect Inc.*, No. CV1304539RSWLMANX, 2014 WL 12569460, at *1 (C.D. Cal. Feb. 12, 2014) (*sua sponte* denying without prejudice motion for summary judgment as premature pursuant to Federal Rule of Civil Procedure 56(d)); *Silva v. Gonzales*, No. 13CV1587-CAB (KSC), 2013 WL 12076477, at *1 (S.D. Cal. Nov. 21, 2013) ("In the interest of efficiency and preserving judicial resources, and taking into consideration that this case raises issues regarding the effectuation of service of process internationally, the Court denies without prejudice Plaintiff's motion for summary judgment on the ground that it is premature."); *Kellie v. W. Coast Life Ins. Co.*, No. CV1300211RSWLAJWX, 2013 WL 12205036, at *1 (C.D. Cal. Aug. 5, 2013) (*sua sponte* denying without prejudice motion for summary judgment as premature pursuant to Federal Rule of Civil Procedure 56(d)); *F.D.I.C. v. Jackson-Shaw Partners No. 46, Ltd.*, No. CIV. 92-20556 SW, 1993 WL 557641, at *3 (N.D. Cal. Dec. 10, 1993) (same).

**IT IS SO ORDERED.**

Dated: May 7, 2020

Hon. Janis L. Sammartino
United States District Judge