1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

APARNA VASHISHT-ROTA, an individual,

Plaintiff,

v.

HOWELL MANAGEMENT SERVICES, a Utah limited liability company; CHRIS HOWELL, an individual; and JUSTIN SPENCER, an individual,

Defendants.

Case No.:  20-CV-321 JLS (KSC)

**ORDER (1) STRIKING ECF NO. 50, AND (2) DENYING AS MOOT PLAINTIFF'S MOTION TO FILE ECF NO. 50 UNDER SEAL**

(ECF Nos. 50, 51)

Presently before the Court are Plaintiff Dr. Aparna Vashisht-Rota's Supplement for 1. Unfair Competition 2. Unpaid Wages ("Supp.," ECF No. 50) and Motion to Put Dkt[ ]Entry 50 Under Seal ("Mot.," ECF No. 51).  Plaintiff's Supplement purports to provide "exhibits in support of Plaintiff's allegation that Defendants conspired with Hernandez and Ottawa."  Supp. at 1 (footnote omitted).  To the extent Plaintiff attempts to amend her operative SecondAmended Complaint (ECF No. 13) through the Supplement, that attempt is improper.  *See* Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave."); *see also* ECF No. 49.  To the extent Plaintiff attempts to supplement her opposition to Defendants' pending motions (ECF Nos. 29, 33), briefing has closed and those matters have been taken under

submission.  *See* ECF No. 40.  Accordingly, the Court **STRIKES** Plaintiff's Supplement (ECF No. 50) and **DENIES AS MOOT** Plaintiff's Motion (ECF No. 51).  *See, e.g.*, *Whitsitt v. Indus. Employer Distrib. Ass'n*, No. C 13-00396 SBA, 2014 WL 67900028, at *6 (N.D. Cal. Dec. 2, 2014) ("[I]t is well settled that a court may sua sponte strike a brief that has not [been] filed consistent with the Court's procedural rules.") (collecting cases); *Prince v. Fremont Police Dept.*, No. C 13-1366 SBA, 2013 WL 3157925, at *1 (N.D. Cal. June 20, 2013) (*sua sponte* striking amended complaint filed without authorization).

   **IT IS SO ORDERED.**

Dated:  August 13, 2020

Hon. Janis L. Sammartino
United States District Judge

20-CV-321 JLS (KSC)