

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aparna Vashisht-Rota<br><br>Plaintiff,<br>V.<br><br>Howell Management Services,<br>a Utah limited liability company;<br>Chris Howell, an individual<br><br>Defendant. | Civil Action No. 20-cv-00321-RBM-KSC<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff's Motion to File Supplemental Authority (Doc. 193) is granted.
2. Defendants' Motion to Dismiss (Doc. 119) is granted, and Plaintiff's claims are dismissed with prejudice.
3. Plaintiff's Motion for Leave to File Fourth Amended Complaint (Doc. 128) is denied.
4. Plaintiff's Motion for Leave to File Fifth Amended Complaint (Doc. 212) is denied as moot.
5. Plaintiff's Motion for Special Master (Doc. 192) is denied.
6. The Clerk of Court is instructed to not accept any further filings, except a motion for reconsideration or notice of appeal. Accordingly, the Parties are cautioned that no further filings will be accepted in this case, except a motion for reconsideration or notice of appeal. The Court takes Defendants' motion for relief from vexatious litigant (Doc. 228) under submission and will issue an order in due course. Supplemental briefing on the motion for vexatious litigant may not be filed without leave of Court, unless there is a subsequent change in binding law that is directly on point. See Montenegro Civil Chamber Rules, Section III(D).

| | |
|---|---|
| **Date:** 11/29/22 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ L. Sotelo<br><br>L. Sotelo, Deputy |