UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aparna VASHISHT-ROTA,<br><br>                            Plaintiff,<br><br>v.<br><br>HOWELL MANAGEMENT SERVICES, et al.,<br><br>                           Defendants. | Case No.: 20-cv-0321-AGS-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR RELIEF (ECF 228) AND DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE (ECF 230)** |

  Almost ten months ago, defendants moved for sanctions and other relief against plaintiff based on vexatious-litigation misconduct. (ECF 228.) Shortly thereafter, Judge Montenegro dismissed all plaintiff's claims with prejudice. (ECF 234.) In addition, Judge Montenegro denied leave to amend the complaint, partly because of plaintiff's actions in "improperly filing" documents, "improperly 'supplementing' previous filings," and "improperly . . . lodging documents." (*Id.* at 16.) Plaintiff promptly appealed. (ECF 235.) Although the Ninth Circuit affirmed (ECF 265), the case remains on appeal because plaintiff petitioned for both panel rehearing and rehearing en banc. Petition for Panel Rehearing and Petitions for Rehearing En Banc, *Vashisht-Rota v. Howell Mgmt. Servs., LLC*, No. 22-56118 (9th Cir. Apr. 27, 2023), ECF 57–58.

  Before ruling on the vexatious-litigant motion, this Court has awaited a final Ninth Circuit decision, as the merits of the appeal are relevant to the analysis. Given the serious nature of that motion and the long delay during the ongoing appeal, the Court would prefer a complete and updated record on which to rule, including any new mitigating or aggravating evidence from the past year. Thus, the Court concludes that the interests of justice would be served by an updated filing after the appeal concludes and the mandate finally issues.

  Accordingly, defendant's motion for vexatious-litigant relief is **DENIED WITHOUT PREJUDICE**. After the mandate issues in this case, the defense may file any

updated motion for this relief, and plaintiff may file any updated response. Plaintiff's motion to strike is **DENIED AS MOOT**.

Dated:  September 13, 2023

_____
Andrew G. Schopler
United States District Judge